IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY & CO., INCYTE CORP. and INCYTE HOLDINGS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 22-1114 (JLH) ) **ANDA CASE** ) (Consolidated; Lead Case) ) ) ) ) |

## STIPULATION AND ORDER

Plaintiffs Eli Lilly and Company, Incyte Corporation, and Incyte Holdings Corporation ("Plaintiffs") and Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. ("MSN") are parties to the above-captioned action. This Stipulation and Order is made between and applies only to Plaintiffs and MSN and not to any other party in this consolidated action.

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs and MSN hereby stipulate and agree that Plaintiffs' action against MSN and MSN's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against MSN and all claims and defenses asserted by MSN against Plaintiffs, are hereby dismissed without prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COZEN O'CONNOR |
| */s/ Jeremy A. Tigan* | */s/ Kaan Ekiner* |

<div style="display: flex;">

<div>

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs Eli Lilly & Co.,
Incyte Corp., and Incyte Holdings Corp.*

OF COUNSEL:

Adam L. Perlman
Audra M. Sawyer
Jessica Lam
Andrew Kerrick
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
(202) 637-2200

Brenda L. Danek
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Michelle L. Ernst
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Attorneys for Plaintiff Eli Lilly & Co.*

F. Dominic Cerrito
Andrew S. Chalson
Marta A. Godecki
QUINN EMANUEL URQUHART & SULLIVAN LLP

</div>

<div>

Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

OF COUNSEL:

W. Blake Coblentz
Geng Hua
Aaron S. Lukas
COZEN O'CONNOR
1200 19th Street, N.W.
Washington, DC 20036

Keri L. Schaubert
COZEN O'CONNOR
3 WTC
175 Greenwich Street
55th Floor
New York, NY 10007

*Attorneys for Defendants MSN Laboratories
Private Limited and MSN Pharmaceuticals Inc.*

</div>

</div>

2

51 Madison Avenue
New York, NY 10010
(212) 849-7000

*Attorneys for Plaintiffs Incyte Corporation and*
*Incyte Holdings Corporation*

May 16, 2024

       SO ORDERED this __17th____ day of May, 2024.

                                          _____
                                          THE HONORABLE JENNIFER L. HALL
                                          UNITED STATES DISTRICT JUDGE